```
 1  MICHAEL COSENTINO, ESQ., State Bar No. 83253    FILED
    Attorney at Law
 2  P.O. Box 129                                    08 JUL -7 PM 12: 43
    Alameda, CA 94501
 3  Telephone: (510) 523-4702                       RICHARD W. WIEKING
                                                    CLERK, U.S. DISTRICT COURT
 4  Attorney for Plaintiff                          NORTHERN DISTRICT OF CALIFORNIA
    United States of America
 5
 6
 7
 8
                   IN THE UNITED STATES DISTRICT COURT
 9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,
                                                    NO. C07-4559 SLM
12                  Plaintiff,
13          v.                                      REQUEST TO ENTER DEFAULT
14  Kenneth D. King
15                  Defendant(s).
                    _____/
16
17  To:   Richard W. Wieking, Clerk
          United States District Court
18        Northern District of California

19          PLEASE ENTER THE DEFAULT of the defendant for failure to plead or otherwise
20  defend.
21
22  DATED: June 26, 2008           By: _____
                                       MICHAEL COSENTINO
23                                     Attorney for Plaintiff
```