1  MICHAEL COSENTINO, SBN 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA 94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America

RECEIVED
08 JUL -7 PM 12:43
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. C07-4559 SLM |
| Plaintiff, | |
| v. | JUDGMENT ON DEFAULT |
| Kenneth D. King | ENTERED IN CIVIL DOCKET 7-15-08 |
| Defendant. | |

In the above entitled action, the defendant Kenneth D. King having been duly served with the Summons and a copy of the Complaint in the action, and the defendant having failed to appear, answer, plead, or otherwise defend in the action within the time allowed by law, or at all, and default having been duly entered; and it further appearing that plaintiff's claim against the defendant is for a sum certain and for interest which can by computation be made certain and for costs; and, it further appearing that a declaration on behalf of the plaintiff required by Rule 55 has been filed, setting forth the amounts due plaintiff from said defendant in accordance with the prayer of the Complaint, and also setting forth that defendant is not an infant or incompetent person or in the military service of the United States within the meaning of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended, or otherwise entitled to the benefits of said Act, and praying that Judgment be entered herein.

NOW, THEREFORE, by virtue of the law and by reason of the premises aforesaid,

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from the defendant, Kenneth D. King, the sum of $7,967.71 as principal, interest, attorney fees, and costs; interest from the date of this judgment at the current legal rate per annum, pursuant to the

1 | provisions of 28 USC Sec. 1961(a) which will be compounded annually pursuant to the provisions of
2 | 28 U.S.C. Sec 1961(b), and judgment is herewith entered accordingly.

4 | JUDGMENT ENTERED: 7-15-08

RICHARD W. WIEKING, Clerk
United States District Court

_____
Deputy Clerk    GLORIA ACEVEDO